# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Cameron M. Peroni
4200 Horizon North Pkwy
Apt. No. 435
Dallas , TX 75287
Debtor

Case No. 22-40667 btr
Chapter: 7

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED
## IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court.  **Items listed below are due by June 10, 2022.**

Schedules
**B 106 Declaration** - Declaration About an Individual Debtor's Schedules
**B 106 Summary** - A Summary of Your Assets and Liabilities and Certain Statistical Information
**B 106A/B** - Schedule A/B:Property
**B 106C** - Schedule C:The Property You Claim as Exempt
**B 106D** - Schedule D:Creditors Who Hold Claims Secured By Property
**B 106E/F** - Schedule E/F:Creditors Who Have Unsecured Claims
**B 106G** - Schedule G:Executory Contracts and Unexpired Leases
**B 106H** - Schedule H:Your Codebtors
**B 106I** - Schedule I:Your Income
**B 106J** - Schedule J:Your Expenses

Statements
**B 107** - Your Statement of Financial Affairs for Individuals Filing Bankruptcy

Chapter 7
**B 122A-1** - Chapter 7 Statement of Your Current Monthly Income

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at  http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: May 31, 2022**

**JASON K. MCDONALD
CLERK OF THE COURT**