

EOD
08/11/2022

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE:

CAMERON M PERONI

Case No. 22-40667
Chapter 7

Debtor(s)

## ORDER GRANTING APPLICATION TO
## APPROVE EMPLOYMENT OF ATTORNEYS

ON THIS DAY CAME ON FOR CONSIDERATION the Application To Approve Employment of Attorneys (the "Application") filed by Mark A. Weisbart, Chapter 7 Trustee, to employ Hayward PLLC (the "Firm") as attorneys for the Trustee. After consideration of the Application, the arguments presented by counsel, finding that notice was proper and that the Office of the United States Trustee has no objections to the employment of the Firm as attorneys for the Trustee, it is the opinion of this Court that the Application should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Application to approve the employment of attorneys is hereby granted; and

2. The Firm is hereby employed as attorneys for the Trustee effective as of July 1, 2022.

Signed on 8/11/2022

_Brenda T. Rhoades_ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE