# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Cameron M. Peroni                                    Case No. 22-40667 btr
4200 Horizon North Pkwy                              Chapter: 7
Apt. No. 435
Dallas , TX 75287
SSN: XXX-XX-2702
Debtor

## NOTICE OF MISSING COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

 1. Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form B423)

**In a chapter 7 case, the debtor shall file the certification within 60 days after the first date set for the meeting of creditors under § 341 of the Code, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. Fed. R. Bankr. P. 1007(c).**

**A list of approved personal financial management course providers may be obtained at http://www.justice.gov/ust/list-approved-providers-personal-financial-management-instructional-courses-debtor-education.**

**NOTICE: The failure of an individual to provide this document will result in the closing of the case without a discharge unless the statement is filed within the applicable time limit under Rule 1007(c).**
**\*\*All forms can be found at the Court's website www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

**DATED: November 8, 2022**

                    **JASON K. MCDONALD**
                    **CLERK OF THE COURT**