**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:
Cameron M. Peroni
4200 Horizon North Pkwy
Apt. No. 435
Dallas , TX 75287
SSN: XXX-XX-2702
Debtor

Case No. 22-40667 btr
Chapter: 7

**NOTICE OF MISSING COMPLETION OF INSTRUCTIONAL COURSE CONCERNING**
**PERSONAL FINANCIAL MANAGEMENT**

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

☑ 1. Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form B423)

**In a chapter 7 case, the debtor shall file the certification within 60 days after the first date set for the meeting of creditors under § 341 of the Code, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. Fed. R. Bankr. P. 1007(c).**

**A list of approved personal financial management course providers may be obtained at http://www.justice.gov/ust/list-approved-providers-personal-financial-management-instructional-courses-debtor-education.**

**NOTICE: The failure of an individual to provide this document will result in the closing of the case without a discharge unless the statement is filed within the applicable time limit under Rule 1007(c).**
**\*\*All forms can be found at the Court's website www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

**DATED: November 8, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Texas

In re:  Case No. 22-40667-btr
Cameron M. Peroni  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 1
Date Rcvd: Nov 08, 2022      Form ID: pdf400      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cameron M. Peroni, 4200 Horizon North Pkwy, Apt. No. 435, Dallas, TX 75287-2809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon J. Tittle | on behalf of Debtor Cameron M. Peroni btittle@tittlelawgroup.com  btrout@tittlelawgroup.com |
| Mark A. Weisbart | mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| Michael Gilmore | on behalf of Trustee Mark A. Weisbart mgilmore@haywardfirm.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 4