Form ntclndis

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Texas

Case No.: 22–40667
Chapter: 7
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cameron M. Peroni
   4200 Horizon North Pkwy
   Apt. No. 435
   Dallas, TX 75287

Social Security No.:
   xxx–xx–2702

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSING WITHOUT DISCHARGE (CHAPTER 7)**

Case closed without discharge. Despite proper notice of the requirement, each Debtor has failed to file Official Form 423 –– Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If a Motion to Reopen the Case is subsequently filed by the Debtor(s) to allow for the filing of Official Form 423, that motion must be accompanied by payment of the required filing fee of $260.00 prior to the reopening of the case. (af)

Dated: 4/23/24

Clerk, U.S. Bankruptcy Court