Certificate Number: 05781-TXE-DE-038520282

Bankruptcy Case Number: 22-40667



05781-TXE-DE-038520282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2024, at 7:19 o'clock AM PDT, Cameron Peroni completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date:  May 29, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President