UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>Cameron Peroni,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 22-40667 (BTR) |

### **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record for creditor Jonas Johansson in the above-captioned matter. The undersigned respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the following:

> SLATER LEGAL PLLC
> James M. Slater
> 2296 Henderson Mill Rd. N.E. #116
> Atlanta, Georgia 30345
> Tel. (305) 523-9023
> james@slater.legal

PLEASE TAKE FURTHER NOTICE that this notice and request shall not be deemed or construed to be a waiver of Mr. Johansson's rights: (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, setoffs, or recoupments to which Mr. Johansson is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Mr. Johansson expressly reserves.

Dated: June 5, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Creditor Jonas Johansson*

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing document was served at the time of filing, by the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Texas on all parties registered to receive such service in the above-captioned case.

*/s/ James M. Slater*
James M. Slater
