Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 22–40667
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Cameron M. Peroni

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 9, 2024*

at

*09:30 AM*

to consider and act upon document 32 – Motion to Vacate Discharge and Order Granting Ex Parte Motion to Reopen Case Filed by Jonas Johansson (Attachments: # 1 Affidavit # 2 Exhibit Motion for Summary Judgment # 3 Exhibit Tittle Motion to Withdraw # 4 Exhibit Correspondence # 5 Exhibit Tittle LinkedIn Page) (Slater, James) filed as document number 32 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, June 11, 2024

                                                                          Jason K. McDonald
                                                                         Clerk, U.S. Bankruptcy Court