**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-40667 |
| **CAMERON M. PERONI,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

Cameron M. Peroni, the debtor in the above-referenced case (the "Debtor"), hereby files this Witness and Exhibit List in connection with the hearing on *Creditor Jonas Johansson's Motion to Vacate (i) Order Granting* Ex Parte *Motion to Reopen Case and (ii) Order Granting Discharge* (the "Motion") scheduled before the Honorable Brenda T. Rhoades, Bankruptcy Judge, on **July 9, 2024, at 9:30 a.m.** (Prevailing Central time).

I. **Witnesses**. The Debtor may call the following witnesses:

   a. Cameron M. Peroni;

   b. Any and all witnesses designated and/or called by any party in interest; and/or

   c. Any and all necessary rebuttal and/or impeachment witnesses.

II. **Exhibits.** The Debtor may seek the introduction of the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| A | Certificate of Debtor Education Course [Docket No. 29] | | | | | |
| | Any exhibits designated by any other party | | | | | |
| | Any rebuttal exhibits | | | | | |

**DEBTOR'S WITNESS AND EXHIBIT LIST—PAGE 1 OF 3**

The Debtor expressly reserves the right to amend or supplement this list at any time prior to the hearing. Any party wishing to obtain copies of the exhibits designated herein may do so by requesting copies, in writing, from the undersigned counsel.

Dated: July 3, 2024.                                      Respectfully submitted,

*/s/ Brandon J. Tittle*
Brandon J. Tittle
Texas Bar No. 24090436
**TITTLE LAW GROUP, PLLC**
5465 Legacy Drive, Ste. 650
Plano, Texas 75024
Telephone: 972.731.2590
Email: btittle@tittlelawgroup.com

**COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2024, I caused to be served via the Court's electronic transmission facilities upon all parties accepting such service and via first-class mail on all parties listed on the attached Service List as required by the Federal and Local Rules of Bankruptcy Procedure.

                                                 */s/ Brandon J. Tittle*
                                                 Brandon J. Tittle

Bridge Property Management
111 East Sego Lily Drive
Salt Lake City, UT 84070


Essence North Dallas Apartments
Attn. Anitra Doll
4200 Horizon N. Pkwy
Dallas, TX 75287


GEC Group, LLC d/b/a Magnify Ventures
c/o Slater Legal PLLC
Attn. James Slater
113 S. Monroe Street
Tallahassee, FL 32301


Hartman Income REIT
Attn. Ali Younes
670 N. Coit Suite #2375
Richardson, TX 75080


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Jonas Johansson
c/o Slater Legal PLLC
Attn. James Slater
113 S. Monroe Street
Tallahassee, FL 32301


PayPal
Attn. Legal
2211 N 1st St
San Jose, CA 95131