UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>Cameron Peroni,<br><br>                Debtor. | Chapter 7<br><br>Case No. 22-40667 (BTR) |

**ORDER GRANTING IN PART MOTION TO VACATE (I) ORDER GRANTING *EX PARTE* MOTION TO REOPEN CASE AND (II) ORDER GRANTING DISCHARGE**

THIS MATTER is before the Court on Creditor Jonas Johansson's Motion to Vacate (I) Order Granting *Ex Parte* Motion to Reopen Case and (II) Order Granting Discharge (the "Motion") [Docket No. 32]. The Court has considered the Motion and Debtor's objection thereto [Docket No. 39], heard argument, and considered the evidence at the July 23, 2024 hearing. Accordingly, for the reasons stated on the record at the July 23 in-person hearing, it is hereby

ORDERED AND ADJUDGED that

1. The Motion is GRANTED IN PART as follows:

   a. The Court VACATES the Order Granting Discharge [Docket No. 31] and DIRECTS the Clerk to reopen this case.

   b. Upon the reopening of this case, the Debtor shall have thirty (30) days to properly file a motion extend time to file his financial management certificate under Bankruptcy Rule 1007(c) on notice to all interested parties.

2. The Motion is otherwise DENIED in all other respects.

Signed on 07/30/2024

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE