# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>CAMERON M PERONI<br><br>Debtor | Case No. 22-40667<br>Chapter 7 |

## MOTION TO DISMISS BANKRUPTCY CASE
## WITHOUT WAIVER OF RIGHT TO DISCHARGE

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Mark A. Weisbart, Chapter 7 Trustee, and files this *Motion to Dismiss Bankruptcy Case Without Waiver of Right to Discharge* (the "Motion") and in support hereof, would show the Court as follows:

### BACKGROUND

1. On May 27, 2022, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor and Mark A. Weisbart was appointed as Trustee.

2. Debtor filed the bankruptcy case to avoid a litigation claim asserted by Jonas Johansson ("Johansson") in the approximate amount of $95,000.00. The only legitimate claim in the case was filed by Johansson[1].

---

[1] Trustee has objected to the IRS's claim of $2,108.53 based on estimated taxes. This is the only other claim filed in the case.

3. On April 23, 2024, the case was closed without discharge.

4. On May 29, 2024, Debtor filed his *Motion to Reopen the Case* [Dkt #28].

5. Debtor initially failed to obtain his Financial Management Course Certificate which certificate was obtained on May 29, 2024. The Financial Management Course Certificate was filed in the case on May 29, 2024 [Dkt #29].

6. On June 4, 2024, an *Order Discharging Debtor* was entered in the case [Dkt #31].

7. On June 6, 2024, Johansson filed his *Motion to Vacate (I) Order Ex Parte Motion to Reopen Case and (II) Order Granting Discharge* [Dkt #32].

8. Following an evidentiary hearing on July 23, 2024, on July 30, 2024, the Court entered its *Order Granting in Part Motion to Vacate (I) Order Ex Parte Motion to Reopen Case and (II) Order Granting Discharge* [Dkt #46]. The order vacated the Discharge Order but allowed the Debtor thirty (30) days to file a motion to extend time to file his Financial Management Course Certificate under Bankruptcy Rule 1007(c).

9. On August 23, 2024, Debtor filed his *Motion to Enlarge the Time to File Financial Management Course* [Dkt #48]. On September 6, 2024, objections to this motion were filed by the Trustee and Johansson. A hearing is set on this motion for October 8, 2024 at 9:30am.

## RELIEF REQUESTED

10. Pursuant to this Motion, Trustee requests the Court enter an order dismissing the case without waiver or restriction of the right for Debtor to file a new case and seek a discharge in that case.

11. In support of this Motion, Trustee would show:

   a) This case essentially involves a two-party dispute;

   b) Debtor had the ability to settle the dispute or pay Johansson;

   c) Dismissal is preferred by Johansson;

   d) Dismissal will save the Debtor and the estate the cost and expense of continued administration of the case; and

   e) The equities favor this relief.

12. Trustee therefore requests that this case be dismissed without prejudice.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that the Court enter an Order dismissing this case and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 18th day of September 2024.

/s/ Mark A. Weisbart
Mark A. Weisbart

| Label Matrix for local noticing | Bridge Property Management | Essence North Dallas Apartments |
|---|---|---|
| 0540-4 | 111 East Sego Lily Drive | Attn. Anitra Doll |
| Case 22-40667 | Salt Lake City, UT 84070-4422 | 4200 Horizon N. Pkwy |
| Eastern District of Texas | | Dallas, TX 75287-2809 |
| Sherman | | |
| Tue Sep 17 16:46:06 CDT 2024 | | |

| GEC Group, LLC d/b/a Magnify Ventures | Michael Gilmore | Hartman Income REIT |
|---|---|---|
| c/o Slater Legal PLLC | Hayward PLLC | Attn. Ali Younes |
| Attn. James Slater | 10501 N. Central Expressway, Suite 106 | 670 N. Coit Suite #2375 |
| 113 S. Monroe Street | Dallas, TX 75231-2203 | Richardson, TX 75080-5417 |
| Tallahassee, FL 32301-1529 | | |

| Internal Revenue Service | Jonas Johansson | PayPal |
|---|---|---|
| P.O. Box 7346 | c/o Slater Legal PLLC | Attn. Legal |
| Philadelphia PA 19101-7346 | Attn. James Slater | 2211 N 1st St |
| | 113 S. Monroe Street | San Jose, CA 95131-2021 |
| | Tallahassee, FL 32301-1529 | |

| Cameron M. Peroni | James Murray Slater | Brandon John Tittle |
|---|---|---|
| 4200 Horizon North Pkwy | Slater Legal PLLC | Tittle Law Group, PLLC |
| Apt. No. 435 | 2296 Henderson Mill Rd NE | 5465 Legacy Dr. |
| Dallas, TX 75287-2809 | Ste 116 | Suite 650 |
| | Atlanta, GA 30345-2739 | Plano, TX 75024-4171 |

| U.S. Attorney General | US Trustee | (p)MARK A  WEISBART |
|---|---|---|
| Department of Justice | Office of the U.S. Trustee | ATTN THE LAW OFFICE OF MARK A WEISBART |
| Main Justice Building | 110 N. College Ave. | 10501 N CENTRAL EXPY SUITE 106 |
| 10th & Constitution Ave., NW | Suite 300 | DALLAS TX 75231-2203 |
| Washington, DC 20530-0001 | Tyler, TX 75702-7231 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Mark A. Weisbart | (d)Mark A. Weisbart |
|---|---|
| Chapter 7 Bankruptcy Trustee | Hayward PLLC |
| 10501 N Central Expy Suite 106 | 10501 N Central Expy Suite 106 |
| Dallas, TX 75231-2203 | Dallas, TX 75231-2203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jonas Johansson

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15